UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SILVIO DE VARGAS NUNEZ,　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 3248 (ERK)
　　　　　　　　　Petitioner,

　　-against-

PEOPLE OF THE STATE OF NEW YORK,
et al.,

　　　　　　　　　Respondents.
-----------------------------------------------------------------X

　　　　　A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on February 27, 2006, denying the petition for a writ of habeas corpus; it is

　　　　　ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered denying the petition for a writ of habeas corpus.


Dated: Brooklyn, New York
　　　　February 27, 2006

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court